IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ROBERT LEE ROSSER, III, | * |
| Plaintiff, | * |
| v. | Case No. 7:25-cv-68 (LAG-ALS) |
| | * |
| ANDREW POPE, et al., | |
| | * |
| Defendants. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated 10/30/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 30th day of October, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk